**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOHN COOKE, PETER LUNA, and LEOTHA SCOTT-BOONE, on behalf of themselves and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | No. 2:21-cv-1324-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1324-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154172375.1

Case 4:21-cv-00906-BCW    Document 10    Filed 10/12/21    Page 1 of 4

Under Western District of Washington Local Rule 7(d)(1) and 10(g), Plaintiffs John Cooke, Peter Luna, and Leotha Scott-Boone and Defendant T-Mobile USA, Inc., (together the "Parties") stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in this action is continued until January 3, 2022.

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.* ("*In re T-Mobile*"), MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). The plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.,* No. 2:21-cv-1118 (W.D. Wash., filed Aug. 19, 2021), filed the transfer motion, and numerous actions have since been identified as related cases for prospective transfer. *See In re T-Mobile*, MDL Docket No. 3019 (ECF Nos. 1, 2, 8-1, 11, 20, 48, 62, 65). This is also a related action. This extension will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion, continue discussions with Plaintiffs' counsel here and counsel in the related cases, and know which district court's local rules will control this case before responding to Plaintiffs' Complaint.

Dated: October 8, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1324-BJR) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154172375.1

Case 4:21-cv-00906-BCW    Document 10    Filed 10/12/21    Page 2 of 4

|   |   |
|---|---|
| 1 | Telephone: (404) 881-7000 |
| 2 | Facsimile: (404) 881-7777<br>E-mail: kristy.brown@alston.com |
| 3 | *Attorneys for Defendant T-Mobile USA, Inc.* |

By: /s/ *Cari Campen Laufenberg*
Cari Campen Laufenberg (WSBA 34354)
Gretchen Freeman Cappio (WSBA 29576)
Derek Loeser (WSBA 24274)
Juli Farris (WSBA 17593)
Emma M. Wright (WSBA 56770)
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-Mail: claufenberg@kellerrohrback.com
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (*pro hac vice forthcoming*)
**KELLER ROHRBACK LLP**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
E-Mail: cspringer@kellerrohrback.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1324-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of October 2021.

                                                               s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1324-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154172375.1

Case 4:21-cv-00906-BCW   Document 10   Filed 10/12/21   Page 4 of 4